INTELLINET CONSULTING LLC
2 Concourse Pkwy Ste 100
Atlanta GA  30328

Y435-V622
ORG1:TICS CONSULTI
ORG2:170 STRATEGY
EE ID: 593          DD

KENNETH WASHINGTON
3388 BINGHURST ROAD
SUWANEE GA  30024

*Payrolls by Paychex, Inc.*

**NON-NEGOTIABLE**

**NON-NEGOTIABLE**

---

**PERSONAL AND CHECK INFORMATION**
Kenneth Washington
3388 Binghurst Road
Suwanee, GA  30024
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 593

**Home Department:** 170 STRATEGY SOLUTIONS / 00 GEORGIA / TICS CONSULTING

**Pay Period:** 10/19/20 **to** 11/01/20
**Check Date:** 11/06/20    **Check #:** 10149

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 80071.18 |
| Chkg 3861 | 3941.50 | 7882.97 |
| **NET PAY** | **3941.50** | **87954.15** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | TOTAL BAL |
|---|---|
| PTO NEW | 99.16 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 6461.54 | | 148519.26 |
| Additional Bonus | | | | | 1000.00 |
| Bonus | | | | | 6000.00 |
| Total Hours | | | | | |
| **Gross Earnings** | | | 6461.54 | | 155519.26 |
| Total Hrs Worked | | | | | |
| Expense Reimburs | | | | | 1530.56 |
| **REIMB & OTHER PAYMENTS** | | | | | 1530.56 |

**OTHER ITEMS**
*Do not increase Net Pay*

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401K ER | | 2727.16 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | | 8537.40 |
| Medicare | | 91.10 | 2195.50 |
| Fed Income Tax | M 0 | 815.58 | 20125.30 |
| GA Income Tax | MS 0 0 0 | 312.97 | 7569.08 |
| **TOTAL** | | 1219.65 | 38427.28 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| 401K EE | 646.15 | | 15551.84 |
| 401K Loan 1 | 51.51 | 3194.44 | 1184.73 |
| 401K Roth EE | 64.62 | | 1555.29 |
| DEN125 | 11.00 | | 253.00 |
| DEPFSA125 | 19.23 | | 442.29 |
| Garnish 1 | 319.24 | | 7342.52 |
| MED125 | 99.00 | | 2277.00 |
| MEDFSA125 | 46.15 | | 1061.45 |
| Supp Life | 40.38 | | 928.74 |
| VIS125 | 3.11 | | 71.53 |
| **TOTAL** | 1300.39 | | 30668.39 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3941.50** | **87954.15** |

*Payrolls by Paychex, Inc.*

0940 Y435-V622  INTELLINET CONSULTING LLC • 2 Concourse Pkwy Ste 100 • Atlanta GA  30328 • (404) 442-8543

INTELLINET CONSULTING LLC
2 Concourse Pkwy Ste 100
Atlanta GA  30328

Y435-V622
ORG1:TICS CONSULTI MULTI
ORG2:170 STRATEGY
EE ID: 593            DD

KENNETH WASHINGTON
3388 BINGHURST ROAD
SUWANEE GA  30024

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Kenneth Washington
3388 Binghurst Road
Suwanee, GA  30024
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 593

**Home Department:** 170 STRATEGY SOLUTIONS / 00 GEORGIA / TICS CONSULTING

**Pay Period:** 11/02/20 **to** 11/15/20
**Check Date:** 11/20/20    **Check #:** 10262

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 80071.18 |
| Chkg 9794 | 3941.49 | 3941.49 |
| Chkg 3861 | 0.00 | 8217.62 |
| **NET PAY** | **3941.49** | **92230.29** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | TOTAL BAL |
|---|---|
| PTO NEW | 103.78 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary |  |  | 6461.54 |  | 154980.80 |
| Additional Bonus |  |  |  |  | 1000.00 |
| Bonus |  |  |  |  | 6000.00 |
| Total Hours |  |  |  |  |  |
| Gross Earnings |  |  | 6461.54 |  | 161980.80 |
| Total Hrs Worked |  |  |  |  |  |
| Expense Reimburs |  |  |  |  | 1865.21 |
| **REIMB & OTHER PAYMENTS** |  |  |  |  | 1865.21 |

**OTHER ITEMS** Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401K ER |  | 2727.16 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security |  |  | 8537.40 |
| Medicare |  | 91.11 | 2286.61 |
| Fed Income Tax | M 0 | 815.58 | 20940.88 |
| GA Income Tax | MS 0 0 0 | 312.97 | 7882.05 |
| TOTAL |  | 1219.66 | 39646.94 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| 401K EE | 646.15 |  | 16197.99 |
| 401K Loan 1 | 51.51 | 3142.93 | 1236.24 |
| 401K Roth EE | 64.62 |  | 1619.91 |
| DEN125 | 11.00 |  | 264.00 |
| DEPFSA125 | 19.23 |  | 461.52 |
| Garnish 1 | 319.24 |  | 7661.76 |
| MED125 | 99.00 |  | 2376.00 |
| MEDFSA125 | 46.15 |  | 1107.60 |
| Supp Life | 40.38 |  | 969.12 |
| VIS125 | 3.11 |  | 74.64 |
| TOTAL | 1300.39 |  | 31968.78 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
|  | **3941.49** | **92230.29** |

Payrolls by Paychex, Inc.

**0940 Y435-V622**  INTELLINET CONSULTING LLC • 2 Concourse Pkwy Ste 100 • Atlanta GA  30328 • (404) 442-8543

INTELLINET CONSULTING LLC
2 Concourse Pkwy Ste 100
Atlanta GA  30328

Y435-V622
ORG1:TICS CONSULTI MULTI
ORG2:170 STRATEGY
EE ID: 593            DD

*Payrolls by Paychex, Inc.*

**NON-NEGOTIABLE**

KENNETH WASHINGTON
3388 BINGHURST ROAD
SUWANEE GA  30024

**NON-NEGOTIABLE**

### PERSONAL AND CHECK INFORMATION
Kenneth Washington
3388 Binghurst Road
Suwanee, GA  30024
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 593

**Home Department:** 170 STRATEGY SOLUTIONS / 00 GEORGIA / TICS CONSULTING

**Pay Period:** 11/30/20 **to** 12/13/20
**Check Date:** 12/18/20    **Check #:** 10467

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 80071.18 |
| Chkg 9794 | 4253.16 | 12136.15 |
| Chkg 3861 | 0.00 | 8217.62 |
| **NET PAY** | **4253.16** | **100424.95** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | TOTAL BAL |
|---|---|
| PTO NEW | 113.02 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---:|---|---:|
| Salary | | | 6461.54 | | 167903.88 |
| Additional Bonus | | | | | 1000.00 |
| Bonus | | | | | 6000.00 |
| Total Hours | | | | | |
| **Gross Earnings** | | | 6461.54 | | 174903.88 |
| Total Hrs Worked | | | | | |
| Expense Reimburs | | | | | 1865.21 |
| **REIMB & OTHER PAYMENTS** | | | | | 1865.21 |

### OTHER ITEMS
*Do not increase Net Pay*

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| 401K ER | | 2727.16 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | | | 8537.40 |
| Medicare | | 91.11 | 2468.82 |
| Fed Income Tax | M 0 | 815.58 | 22572.04 |
| GA Income Tax | MS 0 0 0 | 312.97 | 8507.99 |
| **TOTAL** | | **1219.66** | **42086.25** |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---:|---:|---:|
| 401K EE | 646.15 | | 17490.29 |
| 401K Loan 1 | 59.08 | 3032.34 | 1346.83 |
| 401K Roth EE | 64.62 | | 1749.15 |
| DEN125 | 11.00 | | 286.00 |
| DEPFSA125 | 19.23 | | 499.98 |
| Garnish 1 | | | 7981.00 |
| MED125 | 99.00 | | 2574.00 |
| MEDFSA125 | 46.15 | | 1199.90 |
| Supp Life | 40.38 | | 1049.88 |
| VIS125 | 3.11 | | 80.86 |
| **TOTAL** | **988.72** | | **34257.89** |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | 4253.16 | 100424.95 |

*Payrolls by Paychex, Inc.*

**0940 Y435-V622**  INTELLINET CONSULTING LLC • 2 Concourse Pkwy Ste 100 • Atlanta GA  30328 • (404) 442-8543

INTELLINET CONSULTING LLC
2 Concourse Pkwy Ste 100
Atlanta GA  30328

Y435-V622
ORG1:TICS CONSULTI
ORG2:170 STRATEGY
EE ID: 593    DD

KENNETH WASHINGTON
3388 BINGHURST ROAD
SUWANEE GA  30024

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Kenneth Washington
3388 Binghurst Road
Suwanee, GA  30024
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 593

**Home Department:** 170 STRATEGY SOLUTIONS / 00 GEORGIA / TICS CONSULTING

**Pay Period:** 12/14/20 **to** 12/31/20
**Check Date:** 12/31/20    **Check #:** 10573

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 80071.18 |
| Chkg 8877 | 6513.43 | 6513.43 |
| Chkg 9794 | 0.00 | 12136.15 |
| Chkg 3861 | 0.00 | 8217.62 |
| **NET PAY** | **6513.43** | **106938.38** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | TOTAL BAL |
|---|---|
| PTO NEW | 117.64 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---:|---|---:|
| Salary | | | 9046.16 | | 176950.04 |
| Additional Bonus | | | | | 1000.00 |
| Bonus | | | | | 6000.00 |
| **Total Hours** | | | | | |
| **Gross Earnings** | | | 9046.16 | | 183950.04 |
| **Total Hrs Worked** | | | | | |
| Expense Reimburs | | | | | 1865.21 |
| **REIMB & OTHER PAYMENTS** | | | | | 1865.21 |

**OTHER ITEMS**
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| 401K ER | | 2727.16 |
| ER Paid Life Ins | 142.85 | 142.85 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | | | 8537.40 |
| Medicare | | 133.23 | 2602.05 |
| Fed Income Tax | M 0 | 1577.54 | 24149.58 |
| GA Income Tax | MS 0 0 0 | 502.23 | 9010.22 |
| **TOTAL** | | **2213.00** | **44299.25** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---:|---:|---:|
| 401K EE | 260.56 | | 17750.85 |
| 401K Loan 1 | 59.08 | 2973.26 | 1405.91 |
| 401K Roth EE | | | 1749.15 |
| DEN125 | | | 286.00 |
| DEPFSA125 | | | 499.98 |
| Garnish 1 | | | 7981.00 |
| MED125 | | | 2574.00 |
| MEDFSA125 | 0.09 | | 1199.99 |
| Supp Life | | | 1049.88 |
| VIS125 | | | 80.86 |
| **TOTAL** | **319.73** | | **34577.62** |

| **NET PAY** | **THIS PERIOD ($)** | **YTD ($)** |
|---|---:|---:|
| | **6513.43** | **106938.38** |

Payrolls by Paychex, Inc.

**0940 Y435-V622**  INTELLINET CONSULTING LLC • 2 Concourse Pkwy Ste 100 • Atlanta GA  30328 • (404) 442-8543