INTELLINET CONSULTING LLC
2 Concourse Pkwy Ste 100
Atlanta GA  30328

Y435-V622
ORG1:TICS CONSULTI
ORG2:170 STRATEGY
EE ID: 593          DD

*Payrolls by Paychex, Inc.*

KENNETH WASHINGTON
3388 BINGHURST ROAD
SUWANEE GA  30024

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Kenneth Washington
3388 Binghurst Road
Suwanee, GA  30024
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 593

**Home Department:** 170 STRATEGY SOLUTIONS / 00 GEORGIA / TICS CONSULTING

**Pay Period:** 11/16/20 **to** 11/29/20
**Check Date:** 12/04/20     **Check #:** 10358

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 80071.18 |
| Chkg 9794 | 3941.50 | 7882.99 |
| Chkg 3861 | 0.00 | 8217.62 |
| **NET PAY** | **3941.50** | **96171.79** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | TOTAL BAL |
|---|---|
| PTO NEW | 108.40 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---:|---|---:|
| Salary | | | 6461.54 | | 161442.34 |
| Additional Bonus | | | | | 1000.00 |
| Bonus | | | | | 6000.00 |
| **Total Hours** | | | | | |
| **Gross Earnings** | | | 6461.54 | | 168442.34 |
| **Total Hrs Worked** | | | | | |
| Expense Reimburs | | | | | 1865.21 |
| **REIMB & OTHER PAYMENTS** | | | | | 1865.21 |

**OTHER ITEMS**
*Do not increase Net Pay*

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| 401K ER | | 2727.16 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | | | 8537.40 |
| Medicare | | 91.10 | 2377.71 |
| Fed Income Tax | M 0 | 815.58 | 21756.46 |
| GA Income Tax | MS 0 0 0 | 312.97 | 8195.02 |
| **TOTAL** | | **1219.65** | **40866.59** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---:|---:|---:|
| 401K EE | 646.15 | | 16844.14 |
| 401K Loan 1 | 51.51 | 3091.42 | 1287.75 |
| 401K Roth EE | 64.62 | | 1684.53 |
| DEN125 | 11.00 | | 275.00 |
| DEPFSA125 | 19.23 | | 480.75 |
| Garnish 1 | 319.24 | | 7981.00 |
| MED125 | 99.00 | | 2475.00 |
| MEDFSA125 | 46.15 | | 1153.75 |
| Supp Life | 40.38 | | 1009.50 |
| VIS125 | 3.11 | | 77.75 |
| **TOTAL** | **1300.39** | | **33269.17** |

**NET PAY**     THIS PERIOD ($)  **3941.50**     YTD ($)  **96171.79**

*Payrolls by Paychex, Inc.*

0940 Y435-V622  INTELLINET CONSULTING LLC • 2 Concourse Pkwy Ste 100 • Atlanta GA  30328 • (404) 442-8543