**IT IS ORDERED as set forth below:**



Date: February 19, 2021

_____
**Wendy L. Hagenau**
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| Kenneth Washington ) | CASE NO. 20-72869-wlh |
| ) | |
| Debtor ) | |
| Select Portfolio Servicing, Inc., as servicer for U.S. ) | |
| Bank National Association, not in its individual ) | |
| capacity but solely as indenture trustee, for the holders ) | |
| of the CIM Trust 2020-R3, Mortgage-Backed Notes, ) | |
| Series 2020-R3 ) | |
| Movant, ) | |
| v. ) | CONTESTED MATTER |
| ) | |
| Kenneth Washington, Debtor ) | |
| S. Gregory Hays, Trustee ) | |
| Respondents. ) | |

## ORDER MODIFYING STAY

On February 3, 2021, Select Portfolio Servicing, Inc., as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R3, Mortgage-Backed Notes, Series 2020-R3, ("Movant") filed a Motion for Relief from Stay with respect to real property located at 3388 BINGHURST RD., SUWANEE Georgia 30024, ("Property") (Doc. No. 14) ("Motion"), which was set for hearing February 18,

2021, upon Notice which Movant contends was given to each of the above captioned parties in interest.   No opposition to the Motion was filed or presented at the hearing; accordingly, by default, it is hereby

ORDERED that the automatic stay of 11 U.S.C. Section 362(a) is *modified* as to the Property to allow Movant to proceed to assert its state law and contract rights, including but not limited to the institution and completion of foreclosure proceedings, dispossession and collection of reasonable fees; provided, however, that any funds in excess of the lawful claim of Movant under its Note and Security Deed shall be paid promptly to Trustee herein for the benefit of the Estate.  It is further

ORDERED that the provisions of Bankruptcy Rule 4001(A)(3) are waived so that this Order will be immediately effective upon entry.

[END OF DOCUMENT]

PREPARED AND SUBMITTED BY:

**/s/Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
180 Interstate N Parkway, Suite 200
Atlanta, GA 30339
Phone: (404) 252-6385; Fax: (404) 252-6394
rmaner@rbmlegal.com
**Attorney for Movant**

DISTRIBUTION LIST

Richard B. Maner, P.C.
180 Interstate N Parkway, Suite 200
Atlanta, GA 30339

Kenneth Washington
3388 Binghurst Rd
Suwanee, GA 30024

Jameson Kelley Killorin
Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308

S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305